12 CV 0422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gilroy Johnson #241-11-02765

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

The City of New York et al.,

Police officer - John Doe #1
Police officer - John Doe #2
Police officer - John Doe #3
Police officer - John Doe #4

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

44th Precinct
44th Precinct



RECEIVED
JAN 17 2012
PRO SE OFFICE

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Gilroy Johnson
            ID #  241-11-02765
            Current Institution  Anna M. Kross detention Center
            Address  18-18 Hazen Street  C-95
                     East Elmhurst, New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                                    1

Defendant No. 1   Name City of New York et Al, Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name P.O. John Doe #1 _____ Shield # _____
                  Where Currently Employed 44th Precinct
                  Address Bronx, N.Y.
                  Jerome Avenue

Defendant No. 3   Name P.O. John Doe #2 _____ Shield # _____
                  Where Currently Employed 44th Precinct
                  Address Bronx, N.Y.
                  Jerome Avenue

Defendant No. 4   Name P.O. John Doe #3 _____ Shield # _____
                  Where Currently Employed 44th Precinct
                  Address Bronx, N.Y.
                  Jerome Avenue

Defendant No. 5   Name P.O. John Doe #4 _____ Shield # _____
                  Where Currently Employed 44th Precinct
                  Address Bronx, N.Y.
                  Jerome Avenue

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? N/A

B.   Where in the institution did the events giving rise to your claim(s) occur? N/A

C.   What date and approximate time did the events giving rise to your claim(s) occur? N/A

(1) Plaintiff resided at 364 east 170th street Bronx, N.Y. 10456 # APT(G)

(2) Facts: Plaintiff alleges that on january 15, 2011, police officer's from the 42nd precinct arrived at his residence where he, his wife and child resides. plaintiff alleges that his apartment entrance door was "kicked in" by police officer's in civilian clothes without any presentation of credential's acting under the color of state law. plaintiff alleges that his wife was "kicked in the stomach" while police officer's "held guns to his head" threatening them both about the location of drugs and money in the apartment. plaintiff alleges that the assault & battery committed by the defendants alarmed his child who also witnessed the malicious prosecution and was restrained crying for the parents. plaintiff & his wife and child was removed from the apartment to the police station at 42nd precinct where after consideration no charges were filed and plaintiff, his wife, and child were released. 4th, 5th, 14 amendment rights violated. deprived of liberties,

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff and his wife, and son, suffered intentional emotional and mental distress and live in fear psychologically because of the assault & battery suffered by the malicious prosecution by the defendants acting under the color of state law

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ N/A _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____ N/A _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

F. If you did not file a grievance:    non-grieveable

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: __N/A__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff seeks compensatory and punitive damages in the amount of five million dollars ($5,000,000.00) for violation of his and his family's constitutional rights 4th, 5th and 14th Amendment, as well as for assault and battery, malicious prosecution, emotional & mental distress by defendants acting under the color of state law.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____  No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ None _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

Rev. 05/2007                                   6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _N/A_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _6_ day of _January_, 20_12_

Signature of Plaintiff   _Gilroy Johnson_
Inmate Number   _241-11-02765_
Institution Address   _Anna M. Kross detention Center. East Elmhurst, New york 11370 C-95_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _6_ day of _January_, 20_12_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se Office* of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _Gilroy Johnson_

*Rev. 05/2007*                             7

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF ~~BRONX~~ ) ss:

    GILROY JOHNSON
I, ~~XXXXXXXX XXXXXXXXXX~~ X X X, being duly sworn deposes and says:

That I have on the __7__ day of __JANUARY__, 20 __12__, placed and submitted the original and copies of this motion to be duly mailed via the United States Postal Service, through the institutional mailroom of the __ANNA M. KROSS__ Correctional Facility. Said moving papers were mailed to the following concerned parties:

~~District Attorney~~ XXXXXXXXXXXXXXXXXX
NEW YORK County

UNITED STATES DISTRIST COURT
SOUTHERN DISTRICT OF NEW YORK
HON. PRO-SE CLERK'S OFFICE RM 230
500 PEARL STREET. NEW YORK 10007

~~Supreme Court~~ XXXXXXXXXXXX
_____ County

_____, ~~Defense Counsel~~ XXXXXXXXXXXX

Yours, etc...

_Gilroy Johnson_
~~DEFENDANT~~ XXXXXXXXXXX

GILROY JOHNSON
PLAINTIFF

Sworn to before me this
_____ day of _____, 20 ___.

_____
NOTARY PUBLIC / COMMISSIONER OF DEEDS